**Credit Control, LLC**

| Letter Date | 5757 Phantom Drive, Suite 330 | Hours of Operation (CT): |
|---|---|---|
| 11/04/2019 | Hazelwood, MO  63042 | M - TH 8a.m. - 7p.m. |
| | 866-673-2642 | F 8a.m. - 5p.m. |

## Your Account Information

| | |
|---|---|
| Current Creditor: JPMorgan Chase Bank, N.A. | Our Acct.#:  80031900 |
| Original Creditor: JPMorgan Chase Bank, N.A. | Chase Acct.#:  ************7988 |
| | Amount Due:  $10,441.10 |

## Savings Options

Dear STACEY SIMINS, please be advised, our client, JPMorgan Chase Bank, N.A., has placed the above referenced account with our office for collection. We have developed the following option(s) for you to resolve your account for less than the total Amount Due.

1. Resolve your account in 1 payment of $3,133.00. You save $7,308.10!
2. Resolve your account in 12 consecutive monthly payments of $295.00. You save $6,901.10!
3. Resolve your account in 24 consecutive monthly payments of $160.00. You save $6,601.10!

Upon completion of one of the options above, your account will be considered resolved. This offer will remain open until at least 20 days after you receive this notice. We are not obligated to renew this offer.

## Please Contact Us

- Make a payment via our website at www.credit-control.com.
- Submit payment via U.S. mail to: PO Box 189, HAZELWOOD  MO  63042.
  Please include your account number in the memo section of your check or money order.
- Call us toll-free at 866-673-2642 to make payment arrangements. Calls are recorded and may be monitored for quality assurance purposes. You may ask for Jerry Stiegemeier.

## Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

**NOTICE: DISCLOSURES MAY CONTINUE ON THE REVERSE SIDE**

---

PO BOX 51790
LIVONIA MI 48151-5790



RETURN SERVICE REQUESTED

STACEY SIMINS
14009 EUCALYPTUS BND
AUSTIN TX 78717-4652

CREDIT CONTROL, LLC
PO BOX 189
HAZELWOOD, MO  63042

#80031900

S-ONPREC30  L-VODVT00114 PB1OKS00500178 - 849404162 I00356



00178010180000